UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
SIMON ISAKOV, on behalf of himself and all others similarly situated,

          Plaintiffs,

          v.

Tombolo, LLC,

          Defendant.
------------------------------------- x

Case no. 1:25-cv-3146-LJL

STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: August 5, 2025

*/s/ Michael Cohen*

Michael H. Cohen
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (917) 437-3737
E: mcohen@ealg.law
*Attorney for Plaintiff*

*/s/ Stephen Barrett*

Stephen James Barrett
Wilson Elser Moskowitz
Edelman & Dicker LLP (NY)
150 East 42nd Street
New York, NY 10017
T: (212) 915-5479
E: stephen.barrett@wilsonelser.com
*Attorneys for Defendant*